ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TYRONE W. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-090 |
| | ) | |
| FRED BURNETTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's grievance procedure claim against Defendant Burnette is **DISMISSED**, and Defendant Toby is **DISMISSED** from this case.

SO ORDERED this 3rd day of June, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE